# Exhibit 1

**UNITED STATES DEPARTMENT OF COMMERCE**
Bureau of Industry and Security
Office of Export Enforcement
DALLAS FIELD OFFICE
225 E. John Carpenter Freeway, Suite 820
Irving, Texas 75062

November 1, 2017

Huawei Enterprise USA Inc.
201400 Stevens Creek Blvd., Suite 2
Cupertino, CA. 95014
C/O CEVA Logistics
Houston, TX 77032

Dear Sir or Madam:

The United States Department of Commerce is responsible for regulating the export of dual use goods and technology from the United States of America. The Office of Export Enforcement (OEE), Bureau of Industry and Security (BIS), U.S. Department of Commerce, is responsible for investigating allegations of, and violations of, the Export Administration Regulations (EAR), the Export Administration Act (EAA) and the International Emergency Economic Powers Act (IEEPA).

This letter is to officially inform you that the shipment being handled by CEVA Logistics/CEVA Freight on behalf of Huawei Enterprise USA Inc., Cupertino CA.; ITN X20170925589611, is being detained by the U.S. Department of Commerce, Office of Export Enforcement, Dallas Field Office, Irving Texas.

BIS has reason to believe that the shipment of these commodities to its final destination will result in a violation of the Export Administration Regulations (15 C.F.R. Parts 730-774). You received notification by Special Agent James Fuller of our Dallas Field Office. This letter formally advises you that this shipment is to remain in your custody until further notice. Under no circumstance is this package to be exported or released until you receive further instructions from this office.

Your cooperation in this matter is appreciated. Questions may be directed to Special Agent James Fuller at 917-417-6553 or by email james.fuller@bis.doc.gov.

Sincerely,

*(signed) FOR*

Tracy E. Martin
Special Agent in Charge
Dallas Field Office

