**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HUAWEI TECHNOLOGIES USA, INC.,

    *Plaintiff*,

    v.                                                     Case No. 1:19-cv-01828-CKK

UNITED STATES DEPARTMENT OF
COMMERCE, BUREAU OF INDUSTRY
AND SECURITY, and OFFICE OF EXPORT
ENFORCEMENT,

    *Defendants*.

_____/

**MOTION FOR ADMISSION
*PRO HAC VICE* OF AVA GUO**

Pursuant to Local Rule 83.2(d) of the Rules of the District Court for the District of Columbia, the undersigned moves for the admission *pro hac vice* of Ava Guo to represent Plaintiff Huawei Technologies USA, Inc. and to appear and participate in the proceedings in this Court in the above-captioned matter.

Ms. Guo is an associate of the firm Sidley Austin LLP, attorneys for Huawei Technologies USA, Inc. in this matter.  She is a member in good standing of the bar of the State of New York, and the District of Columbia. Ms. Guo has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against her.  In the past two years, Ms. Guo has not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

Date: June 25, 2019					Respectfully submitted,

					/s/ Matthew J. Letten
					Matthew J. Letten (D.C. Bar No. 1047224)
					SIDLEY AUSTIN LLP
					1501 K Street, N.W.
					Washington, DC 20005
					Telephone: (202) 736-8565
					Facsimile: (202) 736-8711

					*Counsel for Plaintiff Huawei
					Technologies USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2019, I caused a true and correct copy of the foregoing document to be filed with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to counsel of record for all parties.

/s/ Matthew J. Letten
Matthew J. Letten (D.C. Bar No. 1047224)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8565
Facsimile: (202) 736-8711

*Counsel for Plaintiff Huawei Technologies USA, Inc.*