### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

HUAWEI TECHNOLOGIES USA, INC.,

    *Plaintiff*,

v.

UNITED STATES DEPARTMENT OF
COMMERCE, BUREAU OF INDUSTRY
AND SECURITY, and OFFICE OF EXPORT
ENFORCEMENT,

    *Defendants*.

Case No. 1:19-cv-01828-CKK

### DECLARATION OF AVA GUO IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d) of the Rules of the District Court for the District of Columbia, I declare:

1. My full name is AVA GUO. I am an associate of the law firm Sidley Austin LLP, attorneys for Huawei Technologies USA, Inc. in this matter.

2. My office address is 1501 K St N.W., Washington, D.C. 20005, and my telephone number is (202) 736-8529.

3. I have been admitted to and am a member in good standing of the bar of the State of New York and the District of Columbia.

4. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 25, 2019

Respectfully submitted,

_____
Ava Guo (D.C. Bar No. 1027694)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8529
Facsimile: (202) 736-8711

*Counsel for Plaintiff Huawei Technologies USA, Inc.*