**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HUAWEI TECHNOLOGIES USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, BUREAU OF INDUSTRY AND SECURITY, AND OFFICE OF EXPORT ENFORCEMENT, <br><br> Defendants. | Civil Action No. 19-1828 (CKK) |

**ORDER**
(September 10, 2019)

The Court has received Plaintiff's [15] Notice of Voluntary Dismissal. Plaintiff states that the matter has been resolved, so Plaintiff dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, it is hereby ORDERED that this case is DISMISSED without prejudice.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge